THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Gregory L.
 Ayers, M.D., Thomas L. Brown, M.D., Bill R. Chandler, Everette P. Fuller,
 M.D., and Reidville Investment Properties, LLC., Respondents,
 v.
 W. E. Freeman, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal from Spartanburg County
Roger L. Couch , Circuit Court Judge
Memorandum Opinion No. 2009-MO-044
Heard June 24, 2009  Filed August 10,
 2009   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 O. W.
 Bannister, of Bannister & Wyatt, of Greenville, for Petitioner.
 Mason A.
 Goldsmith, and M. Kyle Thompson, both of Love, Thornton, Arnold & Thomason,
 of Greenville, for Respondents.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review the court of
 appeals opinion.  After careful consideration of the record and briefs,
 the writ of certiorari is
DISMISSED AS IMPROVIDENTLY
 GRANTED.  
TOAL, C.J.,
 WALLER, PLEICONES, BEATTY, JJ., and Acting Justice James E. Moore, concur.